| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 25-6779-JFW(PDx)** | Date: October 14, 2025 |

Title:      Crystal Rangel -v- Equifax Information Services, LLC

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of September 16, 2025, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for October 27, 2025, is **VACATED**. See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr